IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARQUISE LEON NELSON | ) | Civil Action No. 7:09-cv-00144 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRYAN WATSON, <u>et al.</u> | ) | By: Hon. James C. Turk |
| | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that Nelson's "Commercial Notice" and related filings are **DISMISSED** for lack of jurisdiction; all pending motions are **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to Marquise Leon Nelson.

**ENTER**: This 28th day of May, 2009.

/s/ James C. Turk
Senior United States District Judge